UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Lala Maha Visconti,

Plaintiff

v.

Elizabeth Jones,

Defendant

Case No. 2:26-cv-00291-CDS-NJK

**Order Sua Sponte Extending Deadline to Respond to Show Cause Order**

In June 2026, I ordered plaintiff Lala Maha Visconti to show cause by July 1, 2026, why this action should not be dismissed for failure to timely serve the defendant. ECF No. 13. On July 9, 2026, Visconti filed a notice stating that she had not received a paper copy of the order and requesting that another copy be mailed to her in Calabasas, California.[1] ECF No. 14. Then, on September 11, 2026, Visconti filed a second notice informing the court she had finally received the June 2026 order. ECF No. 15. She further stated that she would prepare a response demonstrating that service on the defendant was complete. *Id.* at 3. To date, no such response has been filed. However, as a courtesy, and in light of Visconti's pro se status, I sua sponte extend the time for her to respond to the order to show cause.

**Conclusion**

It is therefore ordered that the time for Visconti to show cause why this action should not be dismissed for failure to timely serve the defendant is extended to November 13, 2026. Failure to respond to this order by that date will result in dismissal of this action without prejudice and without further notice.

Dated: October 22, 2026

Cristina D. Silva
United States District Judge

[1] Visconti is reminded that, as the plaintiff, she is responsible for monitoring the docket to ensure timely compliance with the court's deadlines.